JOHN G. CHRISTOPHER, PLAINTIFF IN ERROR, VS. ALABAMA COAL CONPANY, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Duval county.

*H. H. Buckman*, for Plaintiff in Error.

*John L. Doggett* and *A. W. Cockrell & Son*, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error.   There was verdict

for the plaintiff. Motion for new trial granted, and the plaintiff takes writ of error.

Writ of error dismissed on motion of counsel for defendant in error.